United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 18, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-10627
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GENICE STRIBLING,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:99-CR-111-3-P
--------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Kevin Ross, the Federal Public Defender appointed to represent Genice Stribling, has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Stribling has filed a response to Ross's motion. Our independent review of the record, Ross's brief, and Stribling's response shows that there are no nonfrivolous issues for appeal. Accordingly, Ross's motion for leave to withdraw is GRANTED, the Federal Public Defender is excused from further

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, and this appeal is DISMISSED.  See 5TH

CIR. R. 42.2.